UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v                               :        3:CR-21-287

JAMES J. PEPERNO, JR.           :

Defendant                       :

## ORDER

Presently before the court is defendant's Final Presentence Investigative Report. (Doc. 135). Review by the court indicates the defendant has failed to supply requested financial information. More particularly fully completed financial forms (¶91); His mother's checking account statements since he has no other accounts and uses her account (¶92); and, the full transaction history from his FanDuel gambling account as well as the full transaction history from Sightline Payments. (¶94).

The defendant will supply all of the above information, as requested by the Probation Office **on or before February 10, 2023.** Following receipt of the information, the probation office will supplement the PSR with the updated information. Defendants' sentencing is scheduled for **Friday, February 17, 2023, at 2:00 pm.**

*s/Malachy E. Mannion*
 MALACHY E. MANNION
 United States District Judge

Dated: January 27, 2023
21-287-11